Court, 37 Conn. App. 653 (AC 13094), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the decision of the Connecticut Siting Council was a final decision in a contested case under the Uniform Administrative Procedure Act?"

The Supreme Court docket number is SC 15286.

*Mark F. Kohler,* in support of the petition.

*Linda M. Guliuzza,* in opposition.

Decided June 19, 1995

---

WILLIAM T. EVANS *v.* COMMISSIONER OF CORRECTION

The petitioner William T. Evans' petition for certification for appeal from the Appellate Court, 37 Conn. App. 672 (AC 12887), is denied.

*Paula Mangini Montonye,* assistant public defender, in support of the petition.

*Lawrence Tytla,* assistant state's attorney, in opposition.

Decided June 19, 1995

---

STATE OF CONNECTICUT *v.* MITCHELL HENDERSON

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 733 (AC 13264), is denied.

*James P. Ray,* special public defender, and *Craig A. Raabe,* special public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided June 19, 1995